RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BRANDON C. JAROCH
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brandon_Jaroch@fd.org

Attorney for Jesus Adair Almanza-Ferreira

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>JESUS ADAIR ALMANZA-FERREIRA,<br><br>        Defendant. | Case No. 2:20-mj-00847-NJK<br><br>**STIPULATION TO CONTINUE PRELIMINARY HEARING**<br>(Second Request) |

      IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Jared Grimmer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brandon C. Jaroch, Assistant Federal Public Defender, counsel for Jesus Adair Almanza-Ferreira, that the Preliminary Hearing currently scheduled on January 5, 2021, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

      This Stipulation is entered into for the following reasons:

      1.    The parties have entered into a plea agreement with a change of plea/sentencing hearing currently set for January 26, 2021, in case number 2:20-cr-00306-KJD-DJA, ECF No. 14, which will alleviate the need for a preliminary hearing should the hearings be completed successfully.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the second request for a continuance of the preliminary hearing.

DATED this 14th day of December, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By /s/ Brandon C. Jaroch<br>BRANDON C. JAROCH<br>Assistant Federal Public Defender | By /s/ Jared Grimmer<br>JARED GRIMMER<br>Assistant United States Attorney |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JESUS ADAIR ALMANZA-FERREIRA,

    Defendant.

Case No. 2:20-mj-00847-NJK

**ORDER**

    IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled for Tuesday, January 5, 2021 at 4:00 p.m., be vacated and continued to March 5, 2021, at 4:00 p.m.

    DATED this 14th day of December, 2020.

_____
UNITED STATES MAGISTRATE JUDGE